John S. Morris (SBN 173014)
Shinju S. Morris (SBN 188747)
MORRIS & MORRIS, A Law Corporation
150 N. Santa Anita Ave., Suite 300
Arcadia, CA 91006
Telephone:   (626) 294-0880
Facsimile:   (626) 294-0884

Attorneys for
MICHAEL STILLS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELIASTAR LIFE INSURANCE COMPANY, | Case No. 2:22-CV-02476-RSWL (RAQ) |
| Plaintiff, | ANSWER TO COMPLAINT IN INTERPLEADER |
| v. | |
| JANICE E. HILL, KENNETH W. HILL, , and MICHAEL S. STILLS, | |
| Defendants. | |

Defendant, MICHAEL STILLS, ("STILLS"), hereby submits this answer to Plaintiff, RELIASTAR LIFE INSURANCE COMPANY's ("RELIASTAR"), Complaint.

STILLS answers the unverified Complaint as follows:

1. In answering paragraph 1 of the complaint-in-interpleader on file herein, this responding defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of said paragraph.

//

//

ANSWER TO COMPLAINT -IN-INTERPLEADER
1

2.   In answering paragraph 2 of the complaint-in-interpleader on file herein, this responding defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of said paragraph.

3.   In answering paragraph 3 of the complaint-in-interpleader on file herein, this responding defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of said paragraph.

4.   In answering paragraph 4 of the complaint-in-interpleader on file herein, this responding defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of said paragraph.

5.   In answering paragraph 5 of the complaint-in-interpleader on file herein, this responding defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of said paragraph.

6.   In answering paragraph 6 of the complaint-in-interpleader on file herein, this responding defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of said paragraph.

7.   In answering paragraph 7 of the complaint-in-interpleader on file herein, this responding defendant admits the allegations of said paragraph.

8.   In answering paragraph 8 of the complaint-in-interpleader on file herein, this responding defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of said paragraph.

9.   In answering paragraph 9 of the complaint-in-interpleader on file herein, this responding defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of said paragraph.

10.  In answering paragraph 10 of the complaint-in-interpleader on file herein, this responding defendant admits the allegations of said paragraph.

11.  In answering paragraph 11 of the complaint-in-interpleader on file herein, this responding defendant denies the allegations of said paragraph.

1  12. In answering paragraph 12 of the complaint-in-interpleader on file herein, this responding defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of said paragraph.

13. In answering paragraph 13 of the complaint-in-interpleader on file herein, this responding defendant is without knowledge or information sufficient to form a belief as o the truth of the allegations of said paragraph.

14. In answering paragraph 14 of the complaint-in-interpleader on file herein, this responding defendant admits the allegations of said paragraph.

15. In answering paragraph 15 of the complaint-in-interpleader on file herein, this responding defendant admits the allegations of said paragraph.

16. In answering paragraph 16 of the complaint-in-interpleader on file herein, this responding defendant admits the allegations of said paragraph.

17. In answering paragraph 17 of the complaint-in-interpleader on file herein, this responding defendant admits the allegations of said paragraph.

18. In answering paragraph 18 of the complaint-in-interpleader on file herein, this responding defendant admits the allegations of said paragraph.

19. In answering paragraph 19 of the complaint-in-interpleader on file herein, this responding defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of said paragraph.

20. In answering paragraph 20 of the complaint-in-interpleader on file herein, this responding defendant refers to and incorporates each and every admission, denial and response to paragraphis 1-19, as if set forth in full.

21. In answering paragraph 21 of the complaint-in-interpleader on file herein, this responding defendant denies that Decedent named Defendants Hill as beneficiaries but otherwise admits the allegations of said paragraph.

22. In answering paragraph 22 of the complaint-in-interpleader on file herein, this responding defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations

of said paragraph.

23. In answering paragraph 23 of the complaint-in-interpleader on file herein, this responding defendant admits the allegations of said paragraph.

24. In answering paragraph 24 of the complaint-in-interpleader on file herein, this responding defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of said paragraph.

25. In answering paragraph 25 of the complaint-in-interpleader on file herein, this responding defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of said paragraph.

26. In answering paragraph 26 of the complaint-in-interpleader on file herein, this responding defendant admits the allegations of said paragraph.

27. In answering paragraph 27 of the complaint-in-interpleader on file herein, this responding defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of said paragraph.

28. In answering paragraph 28 of the complaint-in-interpleader on file herein, this responding defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of said paragraph.

29. In answering paragraph 29 of the complaint-in-interpleader on file herein, this responding defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of said paragraph.

30. In answering paragraph 30 of the complaint-in-interpleader on file herein, this responding defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of said paragraph.

31. In answering paragraph 31 of the complaint-in-interpleader on file herein, this responding defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of said paragraph.

32. In answering paragraph 32 of the complaint-in-interpleader on file herein, this responding

defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of said paragraph.

33. In answering paragraph 33 of the complaint-in-interpleader on file herein, this responding defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of said paragraph.

WHEREFORE, Defendant STILLS prays for the following relief;

1. That the Court award all of the interpleaded funds to this answering Defendant.

2. That Plaintiff not be discharged from further liability;

3. That the Court grant any other relief that the court deems appropriate and just.

DATED: June 17, 2022

                                                          _____
Shinju S. Morris
Attorney for Defendant STILLS

## CERTIFICATION OF SERVICE

I hereby certify that on June 17, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

Respectfully Submitted,

_____/S/_____
Shinju S. Morris, Esq.
Morris & Morris, ALC

ANSWER TO COMPLAINT -IN-INTERPLEADER
6

## PROOF OF SERVICE

I am over the age of 18 years and am employed in the county of Los Angeles, State of California. I am not a party to this action. My business address is 150 N. Santa Anita Avenue, Suite 300, Arcadia, CA 91006.

On June 17, 2022, I served the following document(s) described as:

**ANSWER TO COMPLAINT IN INTERPLEADER**

on the following person(s) whose address(es):

**SEE ATTACHED LIST**

by placing a true copy thereof enclosed in a sealed envelope, as follows:

**X**   (By Mail)   I caused such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Arcadia, California

___   (By Personal Service) I caused such envelope to be delivered by hand to the office of the addressee(s).

___   (By Overnight Mail) I caused such envelope to be delivered to an overnight mail service, with fees prepaid, with instructions that it be delivered to the addressee(s) not later than the following day.

**X**   (By Electronic Service) I caused the foregoing document to be transmitted by E-Mail to the addressee(s), at the email address(es) listed on the attached sheet. The sending email address is ssm@morrismorrislaw.com. The document was transmitted by email and the sending email address confirmed transmission without error.

Executed on June 17, 2022, at Arcadia, California.

____   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**X**   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Shinju S. Morris

## SERVICE LIST

I. Donald Weissman, Esq.
Weissman Law Firm
6351 Owensmouth Ave., Suite 101-A
Woodland Hills CA 91367
dweissman@idwlaw.com

Jodi K. Swick, Esq.
McDowell Hetherington LLP
1999 Harrison St., Ste 2050
Oakland CA 94612
jodi.swick@mhllp.com