


unk #52

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RELIASTAR LIFE INSURANCE COMPANY,

Plaintiff,

v.

JANICE E. HILL; KENNETH W. HILL; and MICHAEL S. STILLS

Defendants.

Case No. 2:22-cv-02476-PSG-RAO

**~~[PROPOSED]~~ JUDGMENT OF DISCHARGE IN INTERPLEADER AND AWARD OF ATTORNEYS' FEES AND COSTS**

In accordance with the granting of ReliaStar Life Insurance Company's motion for entry of judgment of discharge in interpleader and award of attorneys' fees [ECF No. 50], and for good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. ReliaStar Life Insurance Company is discharged of liability to Defendants with respect to the Benefits that are deposited with the Court and are the subject of this Action.

2. ReliaStar Life Insurance Company is dismissed from this action with prejudice.

3. Defendants are permanently enjoined from instituting any suit against Plaintiff

Case 2:22-cv-02476-PSG-RAO Document 52-1 Filed 05/30/23 Page 2 of 2 Page ID #:278

with respect to the Benefits.

4. ReliaStar Life Insurance Company is awarded attorneys' fees and costs in the amount of $13,161.50. The Court Clerk/Fiscal Department is ordered to immediately distribute $13,161.50 to ReliaStar Life Insurance Company from the interpleader funds on deposit herein. Such check shall be made payable to ReliaStar Life Insurance Company and mailed to ReliaStar Life Insurance Company's counsel of record, Jodi K. Swick, McDowell Hetherington LLP, 1999 Harrison Street, Suite 2050, Oakland, CA 94612.

Dated: May 31, 2023

HONORABLE PHILIP S. GUTIERREZ
CHIEF UNITED STATES DISTRICT JUDGE