UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 22-2476-KK-RAOx** | Date: | December 11, 2023 |
|---|---|---|---|

| Title: | *ReliaStar Life Insurance Company v. Janice E. Hill, et al.* |
|---|---|

Present: The Honorable   KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:     (In Chambers) Order to Show Cause and Notice to All Parties**

At the Final Pretrial Conference held on December 5, 2023, the parties informed the Court they were not prepared to go to trial on December 14, 2023 as previously scheduled and expressed a desire to participate in further mediation. The parties further advised they were interested in participating in a settlement conference with the Honorable Chief Judge Gutierrez. The Court, therefore, ordered the parties to reach out to the Courtroom Deputy Clerk of Chief Judge Gutierrez forthwith to see if he was agreeable and available to preside over a settlement conference. Dkt. 74. The Court further ordered the parties to send an e-mail to KK_Chambers@cacd.uscourts.gov no later than Friday, December 8, 2023 to inform this Court of the date and time of the scheduled settlement conference. Id.

To date, the Court has not received an e-mail from the parties confirming the date and time of the scheduled settlement conference. Accordingly, the Court, on its own motion, orders the parties to show cause in writing **no later than December 15, 2023** why sanctions in the amount of $500 each should not be imposed for their failure to comply with the Court's December 5, 2023 Order.

**IT IS SO ORDERED.**