(JS-6)
CC: FISCAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELIASTAR LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>JANICE E. HILL, ET AL.,<br><br>    Defendant(s). | Case No.  CV 22-2476-KK-RAO<br><br>JUDGMENT |

Pursuant to the Findings of Fact and Conclusion of Law, IT IS HEREBY ADJUDGED that defendants-in-interpleader Janice and Kenneth Hill shall be awarded the full life insurance benefits, totaling $454,095.32.  The Clerk of Court is ORDERED to disburse the funds from the Court's registry in the amount of $454,095.32, including any and all interest accumulated to defendants-in-interpleader, Janice and Kenneth Hill.

IT IS FURTHER ORDERED that the Clerk of Court shall close this action.  (JS-6)

Dated:  February 6, 2024

_____
HONORABLE KENLY KIYA KATO
United States District Judge