JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELIASTAR LIFE INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>JANICE E. HILL, ET AL.,<br><br>　　　　　　　Defendant(s). | Case No. CV 22-2476-KK-RAO<br><br>AMENDED JUDGMENT |

　　　Pursuant to the Findings of Fact and Conclusion of Law, IT IS HEREBY ADJUDGED that defendants-in-interpleader Janice and Kenneth Hill shall be awarded the full life insurance benefits, minus attorneys' fees disbursed to Plaintiff Reliastar Life Insurance Company, dkt. 55, totaling $440,993.82. The Clerk of Court is ORDERED to disburse the funds from the Court's registry in the amount of $440,993.82, including any and all interest accumulated to defendants-in-interpleader, Janice and Kenneth Hill.

　　　IT IS FURTHER ORDERED that the Clerk of Court shall close this action. (JS-6)

Dated: February 14, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE KENLY KIYA KATO
　　　　　　　　　　　　　　　　　　United States District Judge