JS-6

CC: Fiscal

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELIASTAR LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>     v.<br><br>JANICE E. HILL, ET AL.,<br><br>            Defendant(s). | Case No.  CV 22-2476-KK-RAO<br><br>SECOND AMENDED JUDGMENT |

   Pursuant to the Findings of Fact and Conclusion of Law, IT IS HEREBY ADJUDGED that defendants-in-interpleader Janice and Kenneth Hill shall be awarded the full life insurance benefits, minus attorneys' fees disbursed to Plaintiff Reliastar Life Insurance Company, dkt. 55, totaling $440,993.82.  The Clerk of Court is ORDERED to disburse the funds from the Court's registry in the amount of $440,993.82, including any and all interest accumulated in two separate disbursements with 50% of the funds disbursed to defendant-in-interpleader, Janice Hill, and 50% of the funds disbursed to defendant-in-interpleader, Kenneth Hill.

   IT IS FURTHER ORDERED that the Clerk of Court shall close this action.  (JS-6)

Dated:  February 29, 2024

_____
HONORABLE KENLY KIYA KATO
United States District Judge